## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

TRAVIS WIDNER,

       Plaintiff,

v.                                 Civil No. 20-1752 (JRT/ECW)

                                        **ORDER FOR DISMISSAL WITH**

JPMORGAN CHASE & CO.,                **PREJUDICE**

       Defendant.

Patrick W Michenfelder, **THRONDSET MICHENFELDER LAW OFFICE, LLC,** One Central Avenue West, Suite 203, St. Michael, MN 55376, for plaintiff.

Kathryn Christine Palamountain, **SEYFARTH SHAW LLP,** Labor and Employment, 700 Milam Street, Suite 1400, Houston, TX 77002, Marc M Berg, **J. SELMER LAW, P.A.,** 250 Marquette Avenue South, Suite 250, Minneapolis, MN 55401, for defendant.

The parties have stipulated to dismissal of this case with prejudice. [Docket No. 11]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that the stipulation of dismissal of this action is approved and this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

       **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 28, 2020
at Minneapolis, Minnesota

                            s/John R. Tunheim
                            JOHN R. TUNHEIM
                            Chief Judge
                            United States District Court